The People of the State of New York, Respondent,
against
Jake Isaac, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Heidi C. Cesare, J.), rendered October 6, 2016, convicting him, upon his plea of guilty, of disorderly conduct, and imposing sentence.




Per Curiam.
Judgment of conviction (Heidi C. Cesare, J.), rendered October 6, 2016, affirmed. 
The accusatory instrument charging unlicensed general vending (see Administrative Code of City of New York § 20—453) was not jurisdictionally defective. The sworn police allegations that defendant was observed on the south east corner of Vermilyea Avenue and West 207th Street, on a public sidewalk, "display[ing] and offer[ing] for sale a variety of clothing items, [including] shoes, computer accessories, two computer monitors, and roller blades;" that defendant was seen "arranging the items on the ground above pieces of flattened cardboard... so that people could see [the merchandise] more clearly" was sufficiently evidentiary in character (see People v Allen, 92 NY2d 378, 385 [1998]) to support the "sale or offer for sale" element of unlicensed general vending (see People v Abdurraheem, 94 AD3d 569 [2012], lv denied 19 NY3d 970 [2012]; People v Guo Zhang, 14 Misc 3d 82 [2007], lv denied 8 NY3d 951 [2007]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur 
Decision Date: February 16, 2018